AO 120 (Rev. 3/04)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____ New Jersey _____ on the following ☑ Patents or ☐ Trademarks:

| DOCKET NO.<br>07-1251 | DATE FILED<br>3/15/2007 | U.S. DISTRICT COURT    New Jersey |
|---|---|---|
| PLAINTIFF<br><br>ABRAXIS BIOSCIENCE, INC. | | DEFENDANT<br><br>NAVINTA LLC |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | SEE COMPLAINT |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above —entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above— entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK<br>William J. Walsh | (BY) DEPUTY CLERK<br>Charmaine Ellett | DATE<br>3/16/2006 |
|---|---|---|

Copy 1 –Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2 –Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy