# HILL WALLACK LLP
## ATTORNEYS AT LAW

202 Carnegie Center, CN 5226, Princeton, NJ 08543-5226
Telephone: (609) 924-0808, Fax: (609) 452-1888
WWW.HILLWALLACK.COM

Writer's Direct Dial: (609) 734-6358

March 24, 2008

RECEIVED

MAR 2 6 2008

AT 8:30_____M
WILLIAM T. WALSH
CLERK

*Via Facsimile*

The Honorable Tonianne J. Bongiovanni, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, New Jersey 08608

Re: *Abraxis BioScience, Inc. v. Navinta LLC*
Civil Action No. 3:07-CV-01251 JAP-TJB

Dear Judge Bongiovanni:

We – together with our co-counsel Richard Basile, Esq., of St. Onge Steward Johnson & Reens, LLC – represent defendant Navinta LLC ("Navinta"). In connection with its motion to dismiss Counts VI-X of Navinta's Counterclaim, Plaintiff Abraxis BioScience, Inc. ("Abraxis") has sought leave to file certain documents under seal that contain information designated as "confidential" by Navinta. The response of Navinta to that motion is due to be filed today. We respectfully request an additional week to finalize the Navinta submission to accommodate the travel schedule of our client, who is currently on a business trip. Counsel for Abraxis has consented to our request.

We thank the Court for its attention to this matter.

Respectfully submitted

ERIC I. ABRAHAM

cc: Richard Basile, Esq. (via email rbasile@ssjr.com)
Richard DeBodo, Esq. (via email rdebodo@hhlaw.com)
Sheila McShane, Esq. (via email smcshane@gibbonslaw.com)

So Ordered
[signature]
3/24/08