# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 2009-1539 - ABRAXIS BIOSCIENCE V NAVINTA LLC

Date of docketing:  09/09/2009

Appeal from:  United States District Court / District of New Jersey
case no. 07-CV-1251

**RECEIVED**

**SEP 14 2009**

AT 8:30_____M
WILLIAM T. WALSH, CLERK

Appellant(s):  Navinta LLC

**Critical dates include:**

- Date of docketing.  See Fed. Cir. R. 12.
- Entry of appearance.  See Fed. Cir. R. 47.3.
- Certificate of interest.  See Fed. Cir. R. 47.4.
- Docketing Statement.  (*Due within 14 days of the date of docketing, or within 30 days if the United States or its officer or agency is a party in the appeal.*)  See the en banc order dated September 18, 2006.  [Counsel can download a copy of the order and guidelines at www.cafc.uscourts.gov.]
- Requests for extensions of time.  See Fed. Cir. R. 26 and 27.  **N.B. Delayed requests are not favored by the court.**
- Briefs.  See Fed. Cir. R. 31.  **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions.  See Fed. Cir. R. 33.
- Oral argument schedule conflicts.  See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**

- Official caption to all.
- Docketing Statement.  (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties.  [Counsel can download the rules from www.cafc.uscourts.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Transcript Purchase Order form to appellants.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US District Court, District of New Jersey
    Michael R. Griffinger
    Meredith Martin Addy

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2009-1539

ABRAXIS BIOSCIENCE, INC.,

Plaintiff-Appellee,

v.

NAVINTA LLC,

Defendant-Appellant.

Appeal from the United States District Court for the District of New Jersey in case no. 07-CV-1251, Judge Joel A. Pisano.

Authorized Abbreviated Caption[2]

ABRAXIS BIOSCIENCE V NAVINTA LLC, 2009-1539

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.

U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
HOWARD T. MARKEY NATIONAL COURTS BUILDING
717 MADISON PLACE, N.W.
WASHINGTON, DC 20439

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

United States District Court
District of New Jersey
2020 Fisher Fed Bldg & U.S. Courthouse
402 East State Street
Trenton, NJ 08608-1507